Lisa J. Garofalo, Esq.  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Gary Dean Baker and Tina Nolene Baker

E-FILED: 3/4/11

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:    )    Case No. BKS-07-17945-lbr
          )    Chapter 13
          )
Gary Dean Baker and Tina Nolene Baker,    )
          )
          )
          )
Debtor(s).    )

## SUBSTITUTION OF ATTORNEY

Comes now, Gary Dean Baker and Tina Nolene Baker, hereby substitute and appoint Lisa J. Garofalo, Esq. of the law firm of Haines and Krieger, LLC, 1020 Garces Avenue, Suite 100, Las Vegas, Nevada, 89101, as their attorneys in the place and stead of Laura L. Fritz the law firm of Andrew S. T. Fritz, Ltd.

Dated this 3rd day of March, 2011.

_____  
Gary Dean Baker

_____  
Tina Nolene Baker

- 1 -

The law firm of Andrew S. T. Fritz, Ltd. hereby consents to the substitution of Lisa J. Garofalo, Esq. of the law firm of Haines and Krieger, LLC as attorney for Gary Dean Baker and Tina Nolene Baker in the above-entitled matter.

Dated this 3rd day of March, 2011.

ANDREW S.T. FRITZ, LTD.

*(signed)*
Laura L. Fritz, Esq.
625 S. 6th Street
Las Vegas, NV 89101

Lisa J. Garofalo, Esq. of the law firm of Haines and Krieger, LLC, hereby agrees to be substituted as attorney for Debtors, Gary Dean Baker and Tina Nolene Baker in the above captioned matter in the place and stead of Laura L. Fritz the law firm of Andrew S. T. Fritz, Ltd.

Dated this 4th day of March, 2011.

HAINES & KRIEGER, LLC.

*(signed)*
Lisa J. Garofalo, Esq.
1020 Garces Ave., Suite 100
Las Vegas, 89101

- 2 -